■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE THOMPSON, Appellant. [673 NYS2d 613] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mastro, J.), rendered September 7, 1994, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the prosecutor's cross-examination of him as to his failure to provide certain exculpatory information upon his arrest is unpreserved for appellate review (*see, People v Bynum,* 70 NY2d 858; *People v Medina,* 53 NY2d 951, 953), and in any event, without merit (*see, People v Savage,* 50 NY2d 673, *cert denied* 449 US 1016; *People v Blacks,* 221 AD2d 351; *People v Spinelli,* 214 AD2d 135).

The defendant's sentence was not excessive (*see, People v*

*Suitte,* 90 AD2d 80). Rosenblatt, J. P., Miller, Ritter and Goldstein, JJ., concur.